# JacksonLewis

**Jackson Lewis P.C.**
44 South Broadway, 14th Floor
White Plains NY  10601
(914) 872-8060 Direct
(914) 946-1216 Fax
jacksonlewis.com

DIRECT DIAL:  (914) 872-6893
EMAIL ADDRESS:  REBECCA.MCCLOSKEY@JACKSONLEWIS.COM

> The application is **GRANTED in part**.  Defendant shall answer, move or otherwise respond to the complaint by **April 9, 2021**.
>
> Defendant's request to adjourn the initial pretrial conference scheduled for April 8, 2021, is **DENIED**.
>
> The Clerk of Court is respectfully directed to close the motion at Docket No. 9.
>
> Dated: March 10, 2021
>        New York, New York
>
> */s/ Lorna G. Schofield*
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

March 9, 2021

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  Hedges v. Rough Trade Retail, LLC
     Case No. 1:21-cv-00946-LGS

Dear Judge Schofield:

This firm represents Defendant, Rough Trade Retail, LLC., in connection with the above referenced matter.  This letter is written pursuant to Rule B(2) of Your Honor's Individual Practice Rules, to request an extension of the deadline for Defendant to answer, move or otherwise respond to the Complaint through and including April 9, 2021 and the adjournment of the initial conference presently scheduled for April 8, 2021.

Plaintiff's counsel consents to these requests.  These requests are made in light of our recent retention so that we will have sufficient time to review and analyze the allegations in this Complaint, speak with pertinent witnesses, review relevant documents, and determine an appropriate response.

This is Defendant's first request for an extension of these deadlines.  No other deadlines have been scheduled in this case.

Thank you for your consideration of this request.

Respectfully submitted,

JACKSON LEWIS P.C.

By: */s/ Rebecca M. McCloskey*
    Rebecca M. McCloskey