UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DONNA HEDGES,                                               :
                                         Plaintiff,         :
                                                            :      21 Civ. 00946 (LGS)
             -against-                                      :
                                                            :      ORDER
ROUGH TRADE RETAIL, LLC,                                    :
                                                            :
                                         Defendant.         :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, this Court's Order, dated February 16, 2021, required the parties to file a proposed joint letter and case management plan by April 1, 2021. Dkt. No. 5; *see also* Dkt. No. 10.

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** that, by **April 5, 2021**, the parties shall file the joint letter and proposed case management plan.

Dated: April 2, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**